IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JUNE JONES,

      Plaintiff,

v.

CHEVRON TEXACO STANDARD OIL COMPANY,

      Defendant.

No. C 05-02607 JSW

**ORDER GRANTING SUMMARY JUDGMENT**

      On August 25, 2005, Defendant Chevron Texaco Standard Oil Company ("Defendant") filed and served a motion for summary judgment and set a hearing for November 4, 2005 at 9:00 a.m. On August 26, 2005, this Court issued an order informing Plaintiff that she had an obligation to file an opposition to Defendant's motion and that failure to do so may result in the dismissal of this case. Plaintiff was informed that a motion for summary judgment under Rule 56 of the Federal Rules of Civil Procedure would, if granted, end Plaintiff's case. *See Rand v. Rowland* 154 F.3d 952, 953-54 (9th Cir.1998) (en banc). The Court allowed Jones up until September 30, 2005, to file an opposition to Defendant's motion for summary judgment and was told that if no opposition is filed, summary judgment may be granted and Plaintiff's case will be dismissed.

The Court has received no opposition to Defendant's motion for summary judgment. Further, the Court has reviewed the motion and hereby finds that there is no genuine issue as to any material fact and that Defendant is entitled to judgment as a matter of law. Therefore, the Court hereby GRANTS Defendant's motion for summary judgment. The hearing date of November 4, 2005 at 9:00 a.m. is HEREBY VACATED. The action is dismissed with prejudice. Judgment shall be entered in favor of Defendant and against Plaintiff.

**IT IS SO ORDERED.**

Dated: October 14, 2005

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE